UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL PEAVY,**

   **Plaintiff,**

v.                                                   Case No. 5:23-cv-332-TKW/MJF

**J BARBER, et al.,**

   **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 22). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious and an abuse of the judicial process based on Plaintiff's failure to truthfully disclose his litigation history. *See Burrell v. Warden*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of

---

[1] Plaintiff's request for an extension of time to file objections was denied on December 27, 2024, *see* Doc. 24, but the Court deferred consideration of the Report and Recommendation until now just in case Plaintiff mailed an objection upon receipt of the denial order.

such history and signs the complaint under penalty of perjury, as such a complaint is an abuse of the judicial process."). Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED without prejudice** as malicious an abuse of the judicial process under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b) for abuse of the judicial process based on Plaintiff's failure to truthfully disclose his litigation history.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 13th day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**